# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 7:08CR00043 |
| | (CASE NO. 7:17CV81268) |
| v. | **FINAL ORDER** |
| **RONDALL CLYDE MIXSON,** | |
| | By: Hon. Glen E. Conrad |
| Defendant. | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

as follows:

1. Defendant's motion (ECF No. 108) is **DENIED** to the extent that it seeks to reopen prior proceedings under 28 U.S.C. § 2255;

2. Defendant's motion (ECF No. 108) is **CONSTRUED** as a new § 2255 motion, and the clerk is **DIRECTED** to docket it as such;

3. The newly docketed § 2255 motion is hereby **DISMISSED WITHOUT PREJUDICE** as successive under § 2255(h);

4. Defendant's motion for appointment of counsel (ECF No. 109) is **DISMISSED** as moot; and

5. The clerk will close the § 2255 action.

6. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

**ENTER**: This 31st day of July, 2017.

                                                */s/ Glen E. Conrad*
                                         United States District Judge